FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2024 JAN 17 PM 1:23

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 24CR62 MIS |
| Plaintiff, ) | |
| ) | Counts 1 and 2: 18 U.S.C. § 242: |
| vs. ) | Deprivation of Rights; and 18 U.S.C. § 2: |
| ) | Aiding and Abetting. |
| **COREY PATRICK SAFFELL,** ) | |
| **CEASAR ENRIQUE MENDOZA,** ) | |
| and **ROBERT EDWARD EMBLY, a.k.a.** ) | |
| **"Eddie,"** ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

### Introduction

At all times relevant to this indictment:

1. The Jal Police Department is a law enforcement agency in Lea County, New Mexico.

2. **COREY PATRICK SAFFELL, CEASAR ENRIQUE MENDOZA,** and **ROBERT EDWARD EMBLY, a.k.a. "Eddie,"** were police officers with the Jal Police Department.

3. Paragraphs 1 and 2 are hereby incorporated by reference into the counts set forth below.

### Count 1

From on or about July 30, 2021, and continuing to on or about July 31, 2021, in Lea County, in the District of New Mexico, the defendants, **COREY PATRICK SAFFELL,**

CEASAR ENRIQUE MENDOZA, and ROBERT EDWARD EMBLY, a.k.a. "Eddie," while acting under color of law, and while aiding and abetting one another, willfully deprived John Doe of the right, protected and secured by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from unlawful arrest by a law enforcement officer. The offense resulted in bodily injury to John Doe and included the use of a dangerous weapon.

In violation of 18 U.S.C. §§ 242 and 2.

### Count 2

From on or about July 30, 2021, and continuing to on or about July 31, 2021, in Lea County, in the District of New Mexico, the defendants, **COREY PATRICK SAFFELL, CEASAR ENRIQUE MENDOZA, and ROBERT EDWARD EMBLY, a.k.a. "Eddie,"** while acting under color of law, and while aiding and abetting one another, willfully deprived John Doe of the right, protected and secured by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer. The offense resulted in bodily injury to John Doe and included the use of a dangerous weapon.

In violation of 18 U.S.C. §§ 242 and 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

MAO