FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT 2024 JUN 18  PM 1: 08

FOR THE DISTRICT OF NEW MEXICO CLERK-LAS CRUCES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 24-CR-62-MIS |
| | ) | |
| vs. | ) | Counts 1 & 4: 18 U.S.C. § 242: |
| | ) | Deprivation of Rights; 18 U.S.C. § 2: |
| **COREY PATRICK SAFFELL,** | ) | Aiding and Abetting; |
| **CEASAR ENRIQUE MENDOZA,** and | ) | |
| **ROBERT EDWARD EMBLY, a.k.a.** | ) | Counts 2 - 3: 18 U.S.C. § 242: |
| **"Eddie,"** | ) | Deprivation of Rights. |
| | ) | |
| Defendants. | ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Introduction

At all times relevant to this indictment:

1.    The Jal Police Department is a law enforcement agency in Lea County, New Mexico.

2.    **COREY PATRICK SAFFELL, CEASAR ENRIQUE MENDOZA,** and **ROBERT EDWARD EMBLY, a.k.a. "Eddie,"** were police officers with the Jal Police Department in July and August 2021.

3.    Paragraphs 1 and 2 are hereby incorporated by reference into the counts set forth below.

### Count 1

From on or about July 30, 2021, and continuing to on or about July 31, 2021, in Lea County, in the District of New Mexico, the defendants, **COREY PATRICK SAFFELL,**

**CEASAR ENRIQUE MENDOZA,** and **ROBERT EDWARD EMBLY, a.k.a. "Eddie,"** while acting under color of law, and while aiding and abetting one another, willfully deprived John Doe of the right, protected and secured by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from unlawful arrest by a law enforcement officer. The offense resulted in bodily injury to John Doe and included the use of a dangerous weapon.

In violation of 18 U.S.C. §§ 242 and 2.

### Count 2

From on or about July 30, 2021, and continuing to on or about July 31, 2021, in Lea County, in the District of New Mexico, the defendant, **CEASAR ENRIQUE MENDOZA,** while acting under color of law, willfully deprived John Doe of the right, protected and secured by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer. The offense resulted in bodily injury to John Doe and included the use of a dangerous weapon.

In violation of 18 U.S.C. § 242.

### Count 3

From on or about July 30, 2021, and continuing to on or about July 31, 2021, in Lea County, in the District of New Mexico, the defendants, **COREY PATRICK SAFFELL** and **ROBERT EDWARD EMBLY, a.k.a. "Eddie,"** while acting under color of law, willfully deprived John Doe of the right, protected and secured by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, Defendants Saffell and Embly

willfully failed to intervene to stop Defendant Mendoza's use of unreasonable force. The offense resulted in bodily injury to John Doe and included the use of a dangerous weapon.

In violation of 18 U.S.C. § 242.

Count 4

From on or about July 30, 2021, and continuing to on or about July 31, 2021, in Lea County, in the District of New Mexico, the defendants, **COREY PATRICK SAFFELL, CEASAR ENRIQUE MENDOZA,** and **ROBERT EDWARD EMBLY, a.k.a. "Eddie,"** while acting under color of law, and while aiding and abetting one another, willfully deprived John Doe of the right, protected and secured by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to be free from a police officer's deliberate indifference to an arrestee's serious medical needs. Specifically, the defendants were aware that John Doe had a serious medical need, and willfully failed to take reasonable measures to address John Doe's medical need, thereby acting with deliberate indifference to a substantial risk of harm to John Doe. The offense included the use of a dangerous weapon.

In violation of 18 U.S.C. §§ 242 and 2.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

*MAO*

3