IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

*of* FEB **24** 2025

**MITCHELL R. ELFERS**
**CLERK OF COURT**

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)   CRIMINAL NO. 24-CR-062-MIS
  vs. )
)
**CEASAR ENRIQUE MENDOZA** and )
**ROBERT EDWARD EMBLY** a.k.a. )
**"Eddie"**, )
)
      Defendant. )

## VERDICT

### Count 1

We, the Jury, find the Defendant, Ceasar Enrique Mendoza, __Guilty__

(Guilty or Not Guilty)

of 18 U.S.C. § 242: Deprivation of Rights; Excessive Force.

**Special Interrogatory for Count 1:**

If your verdict on Count 1 is "guilty," do you also find beyond a reasonable doubt that John

Doe suffered bodily injury? __Yes__
(Yes or No)

If your verdict on Count 1 is "guilty," do you also find beyond a reasonable doubt that the

offense involved the use of a dangerous weapon? __Yes__
(Yes or No)

### Count 2

We, the Jury, find the Defendant, Robert Edward Embly, __Guilty__

(Guilty or Not Guilty)

of 18 U.S.C. § 242: Deprivation of Rights; Failure to Intervene.

**Special Interrogatory for Count 2**:

If your verdict on Count 2 is "guilty," do you also find beyond a reasonable doubt that John Doe suffered bodily injury? __Yes__
(Yes or No)

If your verdict on Count 2 is "guilty," do you also find beyond a reasonable doubt that the offense involved the use of a dangerous weapon? __Yes__
(Yes or No)

## Count 3

We, the Jury, find the Defendant, Ceasar Enrique Mendoza, __Guilty__
(Guilty or Not Guilty)
of 18 U.S.C. § 242: Deprivation of Rights; Deliberate Indifference to a Serious Medical Need.

We, the Jury, find the Defendant, Robert Edward Embly, __Guilty__
(Guilty or Not Guilty)
of 18 U.S.C. § 242: Deprivation of Rights; Deliberate Indifference to a Serious Medical Need.

**Special Interrogatory for Count 3**:

If your verdict on Count 3 for Ceasar Enrique Mendoza is "guilty," do you also find beyond a reasonable doubt that the offense involved the use of a dangerous weapon? __Yes__
(Yes or No)

If your verdict on Count 3 for Robert Edward Embly is "guilty," do you also find beyond a reasonable doubt that the offense involved the use of a dangerous weapon? __Yes__
(Yes or No)

FOREPERSON