**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Case No. 24 CR 62 MIS** |
| | § | |
| **PARTICK SAFFELL,** | § | |
| **CEASAR ENRIQUE MENDOZA,** | § | |
| **and ROBERT EDWARD EMBLY, a.k.a** | § | |
| **"Eddie."** | § | |
| | § | |
| **Defendants.** | § | |

**SUPPLEMENT TO CODEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING AND EXTEND DEADLINE TO SUBMIT OBJECTIONS AND SENTENCING MEMORANDA**

COMES NOW defendant, CEASAR MENDOZA, by and through his attorney of record, Dean Clark, and (although he joined defendant Embly's Unopposed Motion to Continue Sentencing and Extend the Deadline to Submit Objections and Sentencing Memoranda (ECF # 290)) submits the additional information for the Court's consideration.

1. Many months after the verdict was returned in this matter, undersigned received an unsolicited phone call from a member of the jury who reported serious juror misconduct.

2. Undersigned met with and interviewed the reporting juror.

3. The reporting juror was very hesitant to "go public" and make his information known in a mistrial motion for fear of retaliation.

4. Recently, undersigned was again able to meet the reporting juror and informed him undersigned conferred with new government counsel about his retaliation concerns: the government assured undesigned there would be no retaliation.

5. At that same conference, undersigned and the government discussed certain issues that the government may wish to review before a standard appeal. Such issues would require a review of

the trial transcripts.

6. After informing the reporting juror of the above-mentioned conference with the new prosecutors, and informing him the new prosecutors made clear, there would be no retaliation, the reporting juror agreed to, and did in fact, sign an affidavit to attach to a motion for mistrial.

7. The motion was recently filed.

8. In order to properly draft the motion, undersigned counsel had to read the voluminous trial transcripts.

9. The government would like the same opportunity to review the trial transcripts to appropriately respond to the Motion for Mistrial and to review certain matters before traditional appellate review.

10. Undersigned respectfully requests the Court continue the currently set sentencing hearing and extend objections and memoranda deadlines for a minimum of 60 days, so that the parties will have adequate time to review the trial transcripts, respond to the pending mistrial motion, and review and discuss other trial issues before standard appellate review.

11. Neither party will be prejudiced by granting the requested continuance. To the contrary all parties will benefit from the requested continuance.

12. AUSA, Christopher McNair, does not oppose this motion.

WHEREFORE, for all the above reasons, Mr. Mendoza, (and Mr. Embly) respectfully requests the Court vacate the current sentencing hearing, which is set for August 6, 2026 and continue it for at least sixty (60) days and reset the PSR objections and memoranda deadlines to 30 days prior to the new sentencing hearing.

Respectfully Submitted,

RUSSELL DEAN CLARK, LLC

By:   */S/ R.D. Clark*
Russell Dean Clark

Attorney for Cesar Mendoza
P.O. Box 576
Las Cruces, NM 88004
Telephone: (575) 526-9000
Facsimile: (575) 526-9800

## CERTIFICATE OF SERVICE

I, Russell Dean Clark, certify that on July 14, 2026, I caused the instant motion to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice

*/S/ R.D. Clark*
Russell Dean Clark