**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**v.**                                          **No. CR 24-62 MIS**

**COREY PATRICK SAFFELL, CEASER ENRIQUE MENDOZA,**
**and ROBERT EDWARD EMBLY,**
    **Defendants.**

### NOTICE OF APPEARANCE AS VICTIM-ADVOCATE
### COUNSEL FOR THE FAMILY OF HECTOR NAVA

PLEASE TAKE NOTICE that Israel S. Chavez, of the Law Office of Israel Chavez, hereby enters his appearance in the above-captioned matter as victim-advocate counsel for the family of Hector Nava— his mother, four sisters, and daughter (collectively, the "Nava Family")—who assume Mr. Nava's rights as a crime victim under 18 U.S.C. § 3771(e)(2) following his death.

The Nava Family appear in this proceeding solely in their capacity as crime victims under the Crime Victims' Rights Act, 18 U.S.C. § 3771, for the purpose of asserting and enforcing the rights afforded to them under that statute, including but not limited to the right to confer with the attorney for the Government under 18 U.S.C. § 3771(a)(5) and the right to be reasonably heard under 18 U.S.C. § 3771(a)(4). This appearance does not make the Nava Family parties to this criminal proceeding.

Undersigned counsel requests that copies of all further notices, pleadings, orders, and other papers filed or entered in this action be served upon him at the address below.

                                        Respectfully submitted,
                                        **LAW OFFICE OF ISRAEL CHAVEZ**
                                        ***/s/ Israel S. Chavez***
                                        Israel S. Chavez
                                        P.O. Box 16028
                                        Las Cruces, New Mexico 88004
                                        Telephone: 575-312-6006
                                        attorney@ichavezlaw.com
                                        *Victim-Advocate Counsel for the Family*
                                        *of Hector Nava*

1

2

**CERTIFICATE OF SERVICE**

I certify that on the date of filing I caused the foregoing to be served on counsel of record for the United States and for the defendants via the Court's CM/ECF system.

*/s/ Israel S. Chávez*
Israel S. Chávez
*Victim-Advocate Counsel for the Family of Hector Nava*